**ORIGINAL**

FILED by ___RB___ D.C.
ELECTRONIC

**Oct. 8, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| ROBERT S. CUILLO | ) |
| | ) |
| Plaintiff, | ) **09-81497-CIV-MARRA/JOHNSON** |
| | ) Civil Action No. _____ |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA by and | ) |
| through the COMMISSIONER OF | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW, ROBERT S. CUILLO ("Mr. Cuillo"), by and through its undersigned counsel, and respectfully shows this Court the following facts:

### Introduction

1. This is a suit for refund of income taxes for the taxable year 2001.

2. The refund arose by application of 26 U.S.C. § 172 that allows taxpayers to carry back net operating losses to the preceding two taxable years.

3. In 2003, Mr. Cuillo reported a net operating loss of $1,781,030 on his timely filed Form 1040 which was properly carried back to taxable year 2001.

4. Although Mr. Cuillo timely filed Form 1045 to carry back the 2003 net operating loss to 2001, timely filed Form 1040X for taxable year 2001



requesting the refund, and timely responded to each and every request for additional information from the Internal Revenue Service ("IRS"), he has yet to receive the refund or any communications as to the legal basis for not paying the refund.

5. Mr. Cuillo overpaid his federal income taxes by $717,275 in taxable year 2001 and the IRS has no legal basis for not refunding this amount.

### Jurisdiction and Venue

6. Original jurisdiction of this civil action is conferred on this Court by 28 U.S.C. §§ 1340 and 1346(a)(1).

7. Venue properly lies in this district pursuant to 28 U.S.C. § 1402(a)(1) because Mr. Cuillo's principal residence is 1260 North Lake Way, Palm Beach, Florida 33480, which is within this judicial district.

8. Mr. Cuillo has satisfied the jurisdictional prerequisites of 26 U.S.C. § 7422 because Mr. Cuillo timely filed Form 1040X requesting the 2001 refund on or about February 25, 2005.[1] A copy of the claim for refund, without attachments, is attached hereto as Exhibit 1.

---

[1] Mr. Cuillo initially filed Form 1045, Application for a Tentative Refund for taxable year 2003 on or about December 28, 2004.

9. The IRS has made no determination allowing or disallowing the Claim for Refund. Mr. Cuillo is filing this Complaint more than six months after filing the Claim for Refund with the Internal Revenue Service ("IRS" or "Defendant"), thereby satisfying the jurisdictional prerequisite in 26 U.S.C. § 6532(a)(1).

## Factual Background

10. On or about December 28, 2004, Mr. Cuillo timely filed Form 1040 for taxable year 2003 with the Internal Revenue Service's Atlanta service center.[2]

11. Mr. Cuillo's 2003 Form 1040 reported a net operating loss of $1,781,030.

12. That loss resulted primarily from costs attributable to the winding down of certain businesses that were sold in 2001 and 2002.

13. Pursuant to 26 U.S.C. § 172, net operating losses can be carried back to the preceding two taxable years or carried forward to the subsequent 20 taxable years.

14. Mr. Cuillo timely filed Form 1045 with the IRS on or about December 28, 2004, applying the $1,781,030 net operating loss to taxable year 2001.

---

[2] Mr. Cuillo was granted an extension to file Form 1040 for taxable year 2003 because of Hurricane Frances.

15. The net operating loss carry back generated a refund of $717,275.

16. On or about February 7, 2005, the IRS sent a letter to Mr. Cuillo advising him that the Form 1045 could not be processed and that he should file a Form 1040X for taxable year 2001 in order to apply the 2003 net operating loss against taxable income previously reported in 2001.

17. On or about February 25, 2005, Mr. Cuillo timely filed Form 1040X for taxable year 2001 with the IRS. That Form 1040X again indicated a refund of $717,275 due to the carry back of the 2003 net operating loss.

18. In April 2005, the IRS mailed a letter to Mr. Cuillo asking him for additional information on the 2003 net operating loss.

19. That information was provided by Mr. Cuillo in May 2005.

20. In August 2005, the IRS notified Mr. Cuillo that the 2001 refund claim was being sent to the IRS Buffalo, New York service center for processing.

21. No further information was provided by the IRS as to the status of the refund claim.

22. Mr. Cuillo followed up with the IRS on numerous occasions to ascertain the status of the 2001 refund. No responses were ever received.

23. Mr. Cuillo paid $1,563,552 in federal income tax for taxable year 2001 on income of $4,618,555.

24. The carry back of the $1,781,030 net operating loss reduced Mr. Cuillo's 2001 taxable income to $2,837,525, resulting in an overpayment of income tax of $717,275.

25. At no point did the IRS ever communicate any legal basis for not refunding the $717,275.

### Prayer for Relief

WHEREFORE, Mr. Cuillo prays for the following relief:

1. That judgment be entered to the effect that Mr. Cuillo overpaid his 2001 federal income taxes by $717,275;

2. That judgment be entered against the IRS in the amount of $717,275 or such other amount to which Mr. Cuillo is entitled, plus interest on such amount;

3. That Mr. Cuillo be awarded reasonable administrative costs and reasonable litigation costs under 26 U.S.C. § 7430; and

4. That Mr. Cuillo be awarded such further relief as may be just and proper.

Respectfully submitted,

_____
George B. Abney
Florida Bar No. 171557
CHAMBERLAIN, HRDLICKA,
 WHITE, WILLIAMS & MARTIN
191 Peachtree Street, N.E.
34th Floor
Atlanta, Georgia  30303-1747
(404) 659-1410  (telephone)
(404) 659-1852  (facsimile)


COUNSEL FOR MR. CUILLO

315744.3

# Form 1040X — Amended U.S. Individual Income Tax Return
(Rev. November 2001)
Department of the Treasury - Internal Revenue Service
OMB No. 1545-0091

► See separate instructions.

This return is for calendar year ► 2001, or fiscal year ended ► _____

**Your first name and initial:** ROBERT S.   **Last name:** CUILLO   **Your social security number:** [redacted]

**If a joint return, spouse's first name and initial:** _____   **Last name:** _____   **Spouse's social security number:** _____

**Home address (no. and street) or P.O. box if mail is not delivered to your home:** C/O CUILLO ENT., 515 NORTH FLAGLER DRIVE #808   **Apt. no.:** _____   **Phone number:** (561) 478-3509

**City, town or post office, state, and ZIP code:** WEST PALM BEACH, FL 33401   **For Paperwork Reduction Act Notice, see page 6.**

A. If the name or address shown above is different from that shown on the original return, check here ............. ► ☐

B. Has the original return been changed or audited by the IRS or have you been notified that it will be? ............. ☒ Yes ☐ No

C. Filing status. Be sure to complete this line. Note. You cannot change from joint to separate returns after the due date.
- On original return ► ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)
- On this return ► ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

### Income and Deductions (see pages 2-6)

| | Use Part II on Page 2 to Explain any Changes | | A. Original amount or as previously adjusted (see page 2) | B. Net change - amount of increase or (decrease) - explain in Part II | C. Correct amount |
|---|---|---|---|---|---|
| 1 | Adjusted gross income (see page 3) | 1 | 4,618,555. | <1781030.> | 2,837,525. |
| 2 | Itemized deductions or standard deduction (see page 3) | 2 | 532,485. | 53,431. | 585,916. |
| 3 | Subtract line 2 from line 1 | 3 | 4,086,070. | <1834461.> | 2,251,609. |
| 4 | Exemptions. If changing, fill in Parts I and II on page 2 | 4 | | | |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 4,086,070. | <1834461.> | 2,251,609. |

### Tax Liability

| | | | | | |
|---|---|---|---|---|---|
| 6 | Tax (see page 4). Method used in col. C  TRS | 6 | 1,574,764. | <717,275.> | 857,489. |
| 7 | Credits (see page 4) | 7 | 11,212. | | 11,212. |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 1,563,552. | <717,275.> | 846,277. |
| 9 | Other taxes (see page 4) | 9 | | | |
| 10 | Total tax. Add lines 8 and 9 | 10 | 1,563,552. | <717,275.> | 846,277. |

### Payments

| | | | | | |
|---|---|---|---|---|---|
| 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 459,743. | | 459,743. |
| 12 | Estimated tax payments, including amount applied from prior year's return | 12 | 2,070,471. | | 2,070,471. |
| 13 | Earned income credit (EIC) | 13 | | | |
| 14 | Additional child tax credit from Form 8812 | 14 | | | |
| 15 | Credits from Form 2439 or Form 4136 | 15 | | | |
| 16 | Amount paid with request for extension of time to file (see page 4) | | | | 16 |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed | | | | 17 |
| 18 | Total payments. Add lines 11 through 17 in column C | | | | 18  2,530,214. |

### Refund or Amount You Owe

| | | | |
|---|---|---|---|
| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | 966,662. |
| 20 | Subtract line 19 from line 18 (see page 5) | 20 | 1,563,552. |
| 21 | Amount you owe. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | |
| 22 | If line 10, column C, is less than line 20, enter the difference | 22 | 717,275. |
| 23 | Amount of line 22 you want refunded to you | 23 | 717,275. |
| 24 | Amount of line 22 you want applied to your _____ estimated tax | 24 | |

**Sign Here** — Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Joint return? See page 2. Keep a copy for your records.

Your signature: [signature]   Date: 2/25/05   Spouse's signature: _____   Date: _____

**Paid Preparer's Use Only**
Preparer's signature: [signature]   Date: 2/23/05   Check if self-employed ☐   Preparer's SSN or PTIN: P00167423
Firm's name: BDO SEIDMAN, LLP   EIN: 13-5381590
Address: 1601 FORUM PLACE, SUITE 904, WEST PALM BEACH, FL 33401-2122   Phone no.: (561) 688-1600

LHA  110701 12-05-01

Form **1040X** (Rev. 11-2001)

EXHIBIT 1

RC003478

Form 1040X (Rev. 11-2001) ROBERT S. CUILLO

### Part I — Exemptions. See Form 1040 or 1040A Instructions.

If you are not changing your exemptions, do not complete this part.
If claiming more exemptions, complete lines 25-31.
If claiming fewer exemptions, complete lines 25-30.

| | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|
| 25 Yourself and spouse | | | |
| Caution: If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | |
| 26 Your dependent children who lived with you | | | |
| 27 Your dependent children who did not live with you due to divorce or separation | | | |
| 28 Other dependents | | | |
| 29 Total number of exemptions. Add lines 25 through 28 | | | |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | | | |

| Tax Year | Exemption Amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2001 | $2,900 | $99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |
| 1998 | 2,700 | 93,400 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First Name  Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) check if qualifying child for child tax credit |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on line 31 who:
- lived with you ►
- did not live with you due to divorce or separation ►
- Dependents on line 31 not entered above ►

### Part II — Explanation of Changes to Income, Deductions, and Credits

Enter the line number from page 1 for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ► ☐

THE TAXPAYER'S 2003 FORM 1040 REPORTED A NET OPERATING LOSS (NOL) OF $1,781,030. PAGE 1, LINE 1B, REFLECTS THE CARRYBACK OF THE 2003 NOL TO THE 2001 TAX YEAR.

### Part III — Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ................ ► ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ................ ► ☐

Form 1040X (Rev. 11-2001)

110702
11-21-01

RC003479

Form 1045 (2003) ROBERT S. CUILLO    GUDRUN G. DOBAI-CUILLO

### Schedule A - NOL. See instructions.

| | | | Amount |
|---|---|---|---|
| 1 | Adjusted gross income from your 2003 Form 1040, line 35. Estates and trusts, skip lines 1 and 2 | 1 | <388,468.> |
| 2 | Deductions: | | |
| 2a | Enter the amount from your 2003 Form 1040, line 37 .... 2a  1,395,562. | | |
| 2b | Enter your deduction for exemptions from your 2003 Form 1040, line 39 .... 2b  6,100. | | |
| 2c | Add lines 2a and 2b | 2c | 1,401,662. |
| 3 | Subtract line 2c from line 1. Estates and trusts, enter taxable income increased by the sum of the charitable deduction and income distribution deduction | 3 | <1,790,130.> |
| | Note: If line 3 is zero or more, do not complete the rest of the schedule. You do not have an NOL. | | |
| 4 | Deduction for exemptions from line 2b above. Estates and trusts, enter the exemption amount from tax return | 4 | 6,100. |
| 5 | Total nonbusiness capital losses before limitation. Enter as a positive number | 5 | 3,249,728. |
| 6 | Total nonbusiness capital gains (without regard to any section 1202 exclusion) | 6 | |
| 7 | If line 5 is more than line 6, enter the difference; otherwise, enter -0- | 7 | 3,249,728. |
| 8 | If line 6 is more than line 5, enter the difference; otherwise, enter -0- .... 8  0. | | |
| 9 | Nonbusiness deductions (see instructions) | 9 | 1,395,562. |
| 10 | Nonbusiness income other than capital gains (see instructions) .... 10  1,498,036. | | |
| 11 | Add lines 8 and 10 | 11 | 1,498,036. |
| 12 | If line 9 is more than line 11, enter the difference; otherwise, enter -0- | 12 | 0. |
| 13 | If line 11 is more than line 9, enter the difference; otherwise, enter -0-. But do not enter more than line 8 .... 13  0. | | |
| 14 | Total business capital losses before limitation. Enter as a positive number | 14 | |
| 15 | Total business capital gains (without regard to any section 1202 exclusion) .... 15 | | |
| 16 | Add lines 13 and 15 | 16 | |
| 17 | Subtract line 16 from line 14. If zero or less, enter -0- | 17 | 0. |
| 18 | Add lines 7 and 17 | 18 | 3,249,728. |
| 19 | Enter the loss, if any, from line 17a of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 16a, column (3), of Schedule D (Form 1041).) Enter as a positive number. If you do not have a loss on that line (and do not have a section 1202 exclusion), skip lines 19 through 24 and enter on line 25 the amount from line 18 | 19 | 3,249,728. |
| 20 | Section 1202 exclusion. Enter as a positive number | 20 | |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- | 21 | 3,249,728. |
| 22 | Enter the loss, if any, from line 18 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 17 of Schedule D (Form 1041).) Enter as a positive number | 22 | 3,000. |
| 23 | If line 21 is more than line 22, enter the difference; otherwise, enter -0- | 23 | 3,246,728. |
| 24 | If line 22 is more than line 21, enter the difference; otherwise, enter -0- | 24 | |
| 25 | Subtract line 23 from line 18. If zero or less, enter -0- | 25 | 3,000. |
| 26 | NOL deduction for losses from other years. Enter as a positive number | 26 | |
| 27 | NOL. Combine lines 3, 4, 12, 20, 24, 25, and 26. If the result is less than zero, enter it here and on page 1, line 1a. If the result is zero or more, you do not have an NOL | 27 | <1,781,030.> |

Form 1045 (2003)

# Alternative Tax Net Operating Loss Worksheet  2003

Name(s) as shown on return: ROBERT S. CUILLO & GUDRUN G. DOBAI-CUILLO

Social Security Number: --

| Line | Description | | Amount |
|---|---|---|---|
| 1. | Loss for the current year | | 1,790,130. |
| 2. | Personal exemptions | 6,100. | |
| 3. | Net operating loss deduction | | |
| 4. | Excess of nonbusiness deductions over nonbusiness income: | | |
| (A) | AMT nonbusiness itemized deductions and adjustments | 633,055. | |
| (B) | AMT nonbusiness income | 1,508,358. | |
| (C) | Net nonbusiness capital gains (without regard to any section 1202 exclusion) | | |
| (D) | Total nonbusiness income | 1,508,358. | |
| (E) | Difference (line 4(A) less 4(D)) not less than zero | | 0. |
| 5. | Adjusted deduction for business capital loss | | |
| (A) | Business capital loss | | |
| (B) | Line 4(D) minus 4(A), not less than zero. Do not enter more than line 4(C) | 0. | |
| (C) | Business capital gains (without regard to any section 1202 exclusion) | | |
| (D) | Total (line 5(B) plus 5(C)) | | |
| (E) | Difference (line 5(A) less 5(D)) not less than zero | | |
| 6. | Excess of nonbusiness capital loss over nonbusiness capital gain | | 3,000. |
| 7. | Adjusted section 1202 exclusion | | |
| 8. | Total adjustment and preference items (Form 6251) | | 763,931. |
| 9. | Total (line 2 + 3 + 4(E) + 5(E) + 6 + 7 + 8) | | 773,031. |
| 10. | Current year alternative tax net operating loss - (line 1 less line 9) | | 1,017,099. |

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**

Robert S. Cuillo

**(b)** County of Residence of First Listed Plaintiff   Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

George B. Abney, Esq.   (404) 659-1410
Chamberlain, Hrdlicka, White, Williams & Martin
191 Peachtree Street - 34th Floor, Atlanta, Georgia 30303

**DEFENDANTS**

United States of America by and through the
Commissioner of Internal Revenue Service

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

(d) Check County Where Action Arose: ☐ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☒ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

09CV81497 KAM/LRJ

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):
a) Re-filed Case ☐ YES ☒ NO   b) Related Cases ☐ YES ☒ NO
JUDGE _____   DOCKET NUMBER _____

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

26 U.S.C. § 7422   Suit for refund of income tax

LENGTH OF TRIAL via ___1___ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD   DATE 10/07/09

FOR OFFICE USE ONLY

AMOUNT  350   RECEIPT #  726412   IFP